**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

POWER RENTAL OP CO, LLC,

    Plaintiff,

v.                            Case No. 3:20-cv-1015-J-32JRK

VIRGIN ISLANDS WATER AND
POWER AUTHORITY,

    Defendant.

### O R D E R

This case comes before the Court upon Plaintiff Power Rental Op Co, LLC's ("OpCo") Motion to Continue the Telephone Hearing, filed November 5, 2020. (Doc. 46). In this motion, OpCo moves the Court to reschedule the telephone hearing set for November 12, 2020 to a later date to provide OpCo's lead counsel time to undergo and recover from a medical procedure. (Docs. 44, 46). OpCo conferred with Defendant Virgin Islands Water and Power Authority's ("WAPA") counsel in accord with the Court's local rules, see M.D. Fla. R. 3.01(g), and WAPA consented to the brief postponement and rescheduling of the hearing. (Doc. 47). The Court thus grants OpCo's Motion to Continue the Telephone Hearing. See Johnson v. Bd. of Regents of Univ. of Ga., 263 F.3d 1234, 1269 (11th Cir. 2001) ("[D]istrict courts [enjoy] broad discretion

over the management of pre-trial activities, including discovery and scheduling.").

This case is hereby set for a telephone hearing on the pending motion to dismiss (Doc. 20) and the pending motion to dissolve pre-judgment writs of garnishment (Doc. 23) on **November 24, 2020** at **3:00 p.m. Eastern Standard Time ("EST")**. The conference line will be activated at 2:50 p.m. so the hearing may start promptly at 3:00 p.m.

The Courtroom Deputy will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case. Members of the public or press who wish to listen to the proceedings may email the Courtroom Deputy at Marielena_Diaz@flmd.uscourts.gov to receive the call-in information.

To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

Persons granted remote access to proceedings are reminded of the general prohibition against recording, and rebroadcasting of court proceedings.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff Power Rental Op Co, LLC's Motion to Continue the Telephone Hearing (Doc. 46) is **GRANTED**.

2. The telephone hearing on the pending motion to dismiss (Doc. 20) and the pending motion to dissolve writs of garnishment (Doc. 23) shall take place on **November 24, 2020** at **3:00 p.m. EST**.

3. Counsel for Garnishees FirstBank Puerto Rico and Banco Popular de Puerto Rico are permitted but not required to attend the hearing.

4. The initial Notice of Telephone Hearing (Doc. 44) is **MOOT**.

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of November, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tn
Copies:

Counsel of record