**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

POWER RENTAL OP CO, LLC,

        Plaintiff,

v.                                  Case No. 3:20-cv-1015-J-32JRK

VIRGIN ISLANDS WATER & POWER
AUTHORITY,

        Defendant.

## O R D E R

1. Plaintiff's Unopposed Motion for Brief Extension of Time to File Initial Disclosures (Doc. No. 52), filed November 13, 2020, is **GRANTED**.

2. The parties shall have up to and including **November 20, 2020** to serve mandatory initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). If a case management and scheduling order is later entered that sets forth a different date for the parties to serve initial disclosures, however, the parties will be governed by the deadline set forth in that order.[1]

**DONE AND ORDERED** in Jacksonville, Florida on November 16, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record

---

[1] In the Motion, Plaintiff states that "[o]n October 20, 2020, the Court entered a Case Management Report." Motion at 1. The parties filed the Case Management Report (Doc. No. 33) on October 20, 2020, but the Court has not yet entered a case management and scheduling order.