**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

POWER RENTAL OP CO, LLC,

    Plaintiff,

v.                                                            Case No. 3:20-cv-1015-TJC-MCR

VIRGIN ISLANDS WATER &
POWER AUTHORITY,

    Defendant.

_____

**O R D E R**

This case is before the Court on Plaintiff Power Rental Op Co, LLC's Motion for Order Directing Defendant to Complete FLA. R. CIV. P. 1.977 Fact Information Sheet (Doc. 116), to which Defendant Virgin Islands Water & Power Authority responded (Doc. 121). On May 31, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 123) recommending that the motion be granted. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 123), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 123) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Order Directing Defendant to Complete Fla. R. Civ. P. 1.977 Fact Information Sheet (Doc. 116) is **GRANTED**.

3. Defendant is **DIRECTED** to complete under oath Form 1.977(b) of the Florida Rules of Civil Procedure, including all required attachments, and serve it on Plaintiff's counsel **no later than August 15, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record